IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02529-AP

ARDITH ERICKSON,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> Chris R. Noel, Esq.
> 3000 Pearl Street, Suite 105
> Boulder, Colorado 80301-2431
> Telephone: (303) 449-6503
> Fax: (720) 214-1836
> E mail: chrisnoel@noelaw.com
>
> For Defendant:
> Bonnie E. Sims
> Special Assistant United States Attorney
>
> *Mailing Address:*
> 1961 Stout Street, Suite 1001A
> Denver, Colorado 80294
> Telephone: (303) 844-0812
> Fax: (303) 844-0770
> E mail: bonnie.sims@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

   A.   **Date Complaint Was Filed:**  December 15, 2006

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**  December 20, 2006

   C.   **Date Answer and Administrative Record Were Filed:** February 27, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has reviewed the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's Opening Brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:  April 27, 2007**

    **B.**    **Defendant's Response Brief Due:  June 6, 2007**

    **C.**    **Plaintiff's Reply Brief Due:  June 21, 2007**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    **B.**    **Defendant's Statement:**  Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.**    **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of June, 2007, ***nunc pro tunc March 8, 2007.***

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Ardith Erickson | UNITED STATES ATTORNEY<br><br>s/Bonnie E. Sims<br>By: Bonnie E. Sims<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0812<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>Attorney for Defendant(s) |