IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2529-AP**

**ARDITH A. ERICKSON,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

After my many years on the bench one lesson learned is that, however picayune I imagine a promised objection to a motion for extension of time might be, I should wait to receive it before granting the motion in the face of it.  Just so in the instant case, where I granted the government's Motion for Extension of Time, which was opposed, without waiting for Plaintiff's response.  I therefore GRANT Plaintiff's Motion for Review of Objections to Defendant's Motion for Extension of Time (Doc. 15) and consider the objections set forth in her formal Response to the government's Motion (Doc. 16).  Given the passage of time and the fact that the government's extension of time is only until Thursday of next week, I stand duly chastened but compelled to adhere to the deadlines set forth in my June 7, 2007 Minute Order.  Defendant is admonished that no further extensions will be granted in this case, and that his efforts to file his response brief in this case before the June 21 extended deadline will be appreciated both by the

Court and by Plaintiff, who continues, as Social Security claimants all too often must, to wait for the wheels of justice to turn.

Dated:  June 12, 2007                                                   **s/John L. Kane**
                                                                                         SENIOR U.S. DISTRICT JUDGE