IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02529-AP**

**ARDITH A. ERICKSON**,

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

        Defendant.

## ORDER OF REMAND

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand by the Court, the Appeals Council will vacate the July 2006 administrative decision and remand the matter to an administrative law judge (ALJ) for a *de novo* administrative hearing and to issue a new decision regarding Plaintiff's eligibility for benefits. Upon remand by the Court, the ALJ will be instructed to further evaluate medical opinions of record, further evaluate Plaintiff's mental impairments, reevaluate Plaintiff's subjective complaints and, if warranted, obtain supplemental vocational expert testimony. Plaintiff has

requested that the Remand Order include the following additional, specific instructions: (1) Medical evidence to be considered on issues at step two, step four, and residual functional capacity findings. (2) Mental impairment development at step four, with particular attention paid to vocational expert testimony that a seamstress position requires production pace capacity, and that is the reason for designating the seamstress position as "light." (3) Plaintiff's subjective complaints for pain reassessed. And (4) vocational expert testimony at step five if step four is ruled out. Defendant has stated that he does not object to these provisions.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated at Denver, Colorado, this 25th day of June, 2007.

                                BY THE COURT:

                                *s/John L. Kane*
                                John L. Kane, Senior Judge
                                United States District Court