**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number    06 - cv - 02529 - AP

ARDITH ERICKSON,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of The Social Security Administration,

    Defendant.

---

**ORDER FOR PAYMENT OF ATTORNEY FEES UNDER
EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 USC § 2412(d).**

---

Plaintiff's Unopposed Motion (doc. #27) for Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 USC § 2412(d), is **GRANTED**. Defendant shall pay attorney fees in the amount of $4,407.50 payable to "Chris R. Noel, Attorney at Law," as assignee, and not to Ardith Erickson.

DATED at Denver, Colorado on  July 25, 2007

                BY THE COURT,

                *S/John L. Kane*
                John L. Kane, Jr.
                United States District Judge